UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    JS-6

| | |
|---|---|
| Case No. **CV 24-3012-CBM(Ex)** | Date APRIL 18, 2024 |
| Title Perla Mageno v. Capital One Services, LLC | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      In Court      **X**   In Chambers      **X**   **Counsel Notified**

Case is ordered closed pursuant to the Notice of voluntary dismissal filed on April 16, 2024 [6]. Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties